```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
UNITED STATES OF AMERICA                 :
                                         :
     -against-                           :     No. 08 Cr. 581 (JFK)
                                         :
JORGE BRIONES                            :          ORDER
                                         :
                         Defendant.      :
-----------------------------------------X
```

**JOHN F. KEENAN, United States District Judge:**

On August 10, 2021, Defendant Jorge Briones filed a <u>pro se</u> motion seeking early termination of his terms of supervised release.  (ECF No. 182.)  It is ORDERED that the Government is directed to file its response to Defendant's <u>pro se</u> motion by no later than October 8, 2021, and to mail a copy to the Defendant at that time.  Defendant shall have 30 days from the date on which he is served with the Government's response to file a reply, if any.  Absent further order, Defendant's motion will be considered fully submitted as of that date.

The Clerk of Court is directed to electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued.  The Court will mail a copy of this Order to Defendants.

**SO ORDERED.**

Dated:  New York, New York
        September 8, 2021

                                         _____
                                                 John F. Keenan
                                         United States District Judge

1